*E-Filed 9/10/14*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE WEAVER, | No. C 14-3835 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL;** |
| v. | **ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| SLEEP DEPRIVATIONS, et al., | |
| Defendants. | |

Plaintiff's allegations that bad air is causing him to cough himself awake at night have been raised in other actions and have been dismissed, e.g., *Weaver v. First Watch, et al.*, 14-cv-00005-RS (dismissed for failure to state a claim), *Weaver v. First Watch, et al.*, 14-cv-00453-RS (same), *Weaver v. First Watch*, et al., 14-cv-00685-RS (dismissed as duplicative), *Weaver v. Sleep Deprivation, et al.*, 14-cv-01172-RS (same), and *Weaver v. First Watch*, 14-cv-02493-RS (same). Accordingly, this civil rights action is DISMISSED with prejudice as duplicative. *Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). Plaintiff's application to proceed *in forma pauperis* (Docket No. 3) is DENIED because the action is frivolous, the claims having been raised and rejected in other actions. *Tripati v. First Nat. Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). The Clerk shall enter judgment in favor of defendants, terminate Docket No. 3, and close the file.

**IT IS SO ORDERED**.

DATED: September 10, 2014

_____
RICHARD SEEBORG
United States District Judge